### In re SCHEIER et al.

(Supreme Court, Appellate Division, First Department. December 19, 1913.)

Appeal from Special Term, New York County.

Application of Lena Scheier and others for payment of an award. From an order vacating a notice of lien filed by an attorney, he appeals. Modified and affirmed.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

Samuel Bitterman, of New York City, for appellant.

Arthur Knox, of New York City (Percy F. Griffin, of New York City, of counsel), for respondents.

PER CURIAM. Order appealed from, canceling appellant's notice of attorney's lien in eminent domain proceeding, modified by striking therefrom in the recital of what was made to appear to the court, the words, "that the services of said William F. Burrough in this proceeding were of no value and," and the words in the same sentence, "or to any compensation herein," and by inserting a clause to the effect that the order is without prejudice to the right of the attorney to bring an action or actions to recover for his services in the proceeding, and as thus modified affirmed, without costs.